UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY BUTLER, JR. | ) No. CV 07-1047 RSWL |
| | ) |
| | ) ORDER VACATING ORDER TO |
| Plaintiff, | ) SHOW CAUSE |
| | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| TERESER BANKS | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

On, August 9, 2007, the Petitioner filed with the Court a Motion for Leave to Amend his original 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. As a matter of law, the Petitioner's Amended Petition for Writ of Habeas Corpus by a person in Federal Custody was accepted for filing on that date.

On October 26, 2007, this Court issued an Order to Show Cause why the matter should not be dismissed for lack of prosecution.

1  On November 7, 2007, the Court received Petitioners
2 Response to this Courts Order to Show Cause.  However,
3 Petitioner failed to include proper service of the
4 Petitioner's Amended Petition, thus the Order to Show
5 Cause was continued until November 30, 2007.
6
7  On November 26, 2007, Petitioner filed what he
8 claimed was a proof of service with the Court.
9 However, the proof of service was not properly attached
10 to the Amended Petition, thus invalidating the proof of
11 service.
12
13  On January 3, 2008 the Court issued a Second Order
14 again ordering Petitioner to submit proper proof of
15 service.
16
17  On January 24, 2008, Petitioner filed an Amended
18 Response which submits a proper proof of service to the
19 following addresses: Mr. Lappin, c/o general counsel,
20 Bureau of Prisons at 320 First Street., NW, Washington
21 D.C. 20535; Regional Director, Western Regional Office,
22 7950 Dublin Blvd, 3rd Floor, Dublin, CA 90012; and to
23 Mr. Peterson, ISM, c/o Record Department at F.C.C. II
24 Victorville, P.O. Box 5800, Adelanto, CA., 92301 by
25 first class mail.  Each of these addresses is correct,
26 with the exception of the zip code for the Western
27 Regional Office, which should have been 94568.
28

The Court finds that Petitioner has adequately complied with service.

The Court also directs the Clerk to serve by mail a copy of this Order to the following addresses: General Counsel, Bureau of Prisons at 320 First Street., NW, Washington D.C. 20535; Regional Director, Western Regional Office, 7950 Dublin Blvd, 3rd Floor, Dublin, CA 94568; and to Mr. Peterson, ISM, c/o Record Department at F.C.C. II Victorville, P.O. Box 5800, Adelanto, CA., 92301 by first class mail

The Court's Order to Show Cause is hereby **VACATED**.

**IT IS SO ORDERED.**

*/s/ Ronald S.W. Lew*

**HONORABLE RONALD S.W. LEW**
**Senior, U.S. District Court Judge**

DATED: February 7, 2008