JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICKEY BUTLER, JR.                    )    CV 07-1047 RSWL
                                      )
                                      )
                Plaintiff             )    **ORDER RE**
                                      )
            v.                        )    **MOTION TO DISMISS**
                                      )
TERESER BANKS                         )
                                      )
                Defendant             )
_____)

On July 21, 2008, this Court granted Petitioner 30 days
with which to respond to the Court's intention to dismiss
this Action based on mootness. 30 days having passed from
the date of the previous order, and Petitioner having
failed to respond, the Action is **DISMISSED** and the matter
is closed.

**IT IS SO ORDERED.**

                              / s /
                    _____
                       RONALD S.W. LEW
                  Senior, U.S. District Court Judge

DATED:  October 10, 2008